# ELECTRONIC RECORD

COA #   02-13-00541-CR                    OFFENSE:   46.04

STYLE:   William Buckner Hubble v. The
State of Texas                            COUNTY:   Cooke

COA DISPOSITION:   AFFIRMED               TRIAL COURT:   235th District Court

DATE: 12/23/14               Publish: NO  TC CASE #:   07-256

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   William Buckner Hubble v. The State
of Texas                                  CCA #:   249-15

_____APPELLANT'S_____ Petition             CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

_____REFUSED_____                          JUDGE: _____

DATE: __04/22/2015__                       SIGNED: _____    PC: _____

JUDGE: __Per Curiam__                      PUBLISH: _____   DNP: _____

--------------------------

                                           _____ MOTION FOR

                              REHEARING IN CCA IS: _____

                              JUDGE: _____

# ELECTRONIC RECORD